UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 2:13CR036 |
| | ) | |
| v. | ) | |
| | ) | 18 U.S.C. § 2251A(a) |
| | ) | 18 U.S.C. § 2251A(b) |
| CHRISTOPHER M. BOUR | ) | 18 U.S.C. § 2251(a) |
| NATISHA HILLARD | ) | 18 U.S.C. § 2251(b) |
| | ) | 18 U.S.C. § 2252(a)(4) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1 - Violation of 18 U.S.C. § 2251A(a)
[Sale of Child by Parent for Production of Child Pornography]

Between on or about August 1, 2011 and on or about February 14, 2013, in the Northern District of Indiana and elsewhere, the defendant,

**NATISHA HILLARD,**

being the parent of a minor infant/toddler child known to the Grand Jury as Jane Doe, did sell and transfer custody and control of Jane Doe knowing that, as a consequence of the sale and transfer, Jane Doe would be portrayed in a visual depiction assisting another person to engage in sexually explicit conduct, where any offer to sell or transfer custody of Jane Doe was communicated and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means.

All in violation of Title 18 United States Code Section 2251A(a).

1

THE GRAND JURY FURTHER CHARGES:

### COUNT 2 - Violation of 18 U.S.C. § 2251A(b)
[Purchase of Child for Production of Child Pornography]

Between on or about August 1, 2011 and on or about February 14, 2013, in the Northern District of Indiana and elsewhere, the defendant,

**CHRISTOPHER M. BOUR,**

did purchase and obtain custody and control of a minor infant/toddler child known to the Grand Jury as Jane Doe with knowledge that, as a consequence of the purchase and obtaining of custody, Jane Doe would be portrayed in a visual depiction assisting another person to engage in sexually explicit conduct, where any offer to purchase and obtain custody of Jane Doe was communicated and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means.

All in violation of Title 18 United States Code Section 2251A(b).

THE GRAND JURY FURTHER CHARGES:

## COUNT 3 - Violation of 18 U.S.C. § 2251(a)
[Production of Child Pornography]

Between on or about August 1, 2011 and on or about February 14, 2013, in the Northern District of Indiana and elsewhere, the defendant,

**CHRISTOPHER M. BOUR,**

attempted to and did knowingly have a minor infant/toddler child known to the Grand Jury as Jane Doe assist him to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, where such visual depiction was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means.

All in violation of Title 18, United States Code, Section 2251(a).

3

THE GRAND JURY FURTHER CHARGES:

## COUNT 4 - Violation of 18 U.S.C. § 2251(b)
**[Permitting of Child by Parent to Participate in the Production of Child Pornography]**

Between on or about August 1, 2011 and on or about February 14, 2013, in the Northern District of Indiana and elsewhere, the defendant,

**NATISHA HILLARD,**

being the parent of a minor infant/toddler child known to the Grand Jury as Jane Doe, attempted to and did knowingly permit Jane Doe to assist any other person to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, where such visual depiction was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means.

All in violation of Title 18, United States Code, Section 2251(b).

THE GRAND JURY FURTHER CHARGES:

### COUNT 5 - Violation of 18 U.S.C. § 2252(a)(4)
[Possession of Child Pornography Featuring Minor Under Age 12]

On or about February 14, 2013, in the Northern District of Indiana and elsewhere, the defendant,

**CHRISTOPHER M. BOUR,**

did knowingly possess one or more matters which contain any visual depiction that has been mailed and has been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce where the production of such visual depiction involved the use of an actual minor under the age of eighteen (18) engaging in sexually explicit conduct and such visual depiction is of such conduct and where any visual depiction involved in the offense depicts a prepubescent minor under the age of twelve (12).

All in violation of Title 18, United States Code, Section 2252(a)(4).

THE GRAND JURY FURTHER CHARGES:

### SEXUAL EXPLOITATION FORFEITURE ALLEGATIONS

1. The allegations of Counts 1 through 5 of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to the provisions of Title 18, United States Code, Section 2253.

2. As a result of the offenses alleged in Counts 1 through 5 of the Indictment, each defendant shall forfeit to the United States of America all property, real and personal, used or intended to be used to commit or to promote the commission of the offenses charged herein, including, but not limited to:

   a. All computer and computer equipment used in the offenses;

   b. All cameras and camera equipment used in the offenses;

   c. All electronic storage media used in the offenses; and

   d. The real property located at 5190 Indiana Place, Gary, Indiana 46409 and at 7524 Harold Avenue, Gary, Indiana 46403.

### SUBSTITUTE ASSETS

3. If any of the above described forfeitable property, as a result of any action or omission of the defendants: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other

property which cannot be divided without difficulty; it is the intent of the United States of America, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of substitute property of the defendants up to the value of the forfeitable property described above.

All pursuant to Title 18, United States Code, Section 2253 and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

/s/ Foreperson
FOREPERSON

DAVID A. CAPP
UNITED STATES ATTORNEY

By: /s/ Jill Rochelle Koster
Jill Rochelle Koster
Assistant United States Attorney
Northern District of Indiana